```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
SHEILA WOLK,                                          :
                                                      :
                            Plaintiff,                :
                                                      :
            - against –                               :      18-CV-3020 (VSB) (KNF)
                                                      :
STEPHEN ORMEROD,                                      :      **OPINION & ORDER**
                                                      :
                            Defendant.                :
                                                      :
------------------------------------------------------X
```

Appearances:

Sheila Wolk
New York, New York
*Pro Se*

VERNON S. BRODERICK, United States District Judge:

      Plaintiff Sheila Wolk brings this action seeking compensatory damages, or, in the alternative, statutory damages, from Defendant Stephen Ormerod for copyright infringement in violation of 17 U.S.C. § 501, *et seq.*. After Ormerod failed to answer the complaint or otherwise appear in this action, I issued an Order to Show Cause on December 2, 2018, why a default judge should not be entered against Defendant, and set the return date as January 25, 2019, (Doc. 17). Defendant failed to appear on January 25, 2019, and a default was entered on the issue of liability, and on January 30, 2019, I referred the action to Magistrate Judge Kevin Nathaniel Fox for an inquest on damages. (Doc. 27).

      Before me is Judge Fox's November 21, 2019, Report and Recommendation, which recommends awarding Plaintiff $100,000 in statutory damages. (Doc. 34).

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2019

recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Here, although the Report and Recommendation provided that "the parties shall have fourteen (14) days to file written objections to this Report and Recommendation," (Doc. 34 at 7), neither party has filed an objection, or sought an extension of time to file an objection. I have reviewed Judge Fox's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, find none. I therefore adopt the Report and Recommendation in its entirety.

## CONCLUSION

Accordingly, Plaintiff is awarded $100,000 in statutory damages for Defendant's copyright infringement.

The Clerk's Office is respectfully directed to enter judgment in the amount of $100,000..
SO ORDERED.

Dated: December 27, 2019
      New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge