UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHEILA WOLK,

                Plaintiff,

      -against-

STEPHEN ORMEROD,

               Defendant.
-----------------------------------------------------------X

18 CIVIL 3020 (VSB) (KNF)

# DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated December 27, 2019, Magistrate Judge Kevin Nathaniel Fox's Report and Recommendation is adopted in its entirety; accordingly, Plaintiff is awarded $100,000 in statutory damages for Defendant's copyright infringement.

**DATED**: New York, New York
December 27, 2019

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/27/2019